UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MUND & FESTER,**

    **Plaintiff,**

v.                                          Case No.  8:06-cv-1068-T-30MAP

**WSI OF THE SOUTHEAST, LLC,**

    **Defendant.**
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation for Dismissal (Dkt. #14).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party to bear their own costs and fees.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 29, 2007.

*[signature: James S. Moody, Jr.]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-1068.dismissal 14.wpd